RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
ALEXANDRIA, LOUISIANA
DATE 8/24/11
BY ____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| JEROME HOLLIER | CIVIL ACTION NO. 1:11-00759 |
| VERSUS | |
| CITY OF PINEVILLE, et al. | JUDGE DEE D. DRELL<br>MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that defendants' motion to dismiss (Doc. 4) is GRANTED and Hollier's claims against Belgard, Paul and Sweeny are DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at ALEXANDRIA, Louisiana, on this 24 day of August, 2011.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE